UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID BRIAN MORGAN,

    *Plaintiff*,

v.

UNITED STATES OF AMERICA, et al.,

    *Defendants*.

Civil Action No. 25-1060 (TJK)

### MEMORANDUM

Plaintiff sued Defendants on March 12, 2025, and the case was assigned to this Court on May 20. One day later, the Court advised Plaintiff that the docket reflected that no proof of service had been filed as required by the Federal Rules of Civil Procedure and this Court's Local Civil Rules. *See* Min. Order of May 21, 2025. Plaintiff was also advised that failure to serve Defendants within 90 days—then, by June 10—or to show good cause for an extension could result in dismissal of his action. *Id.* So the Court ordered Plaintiff to either file proof of service or request an extension by that date, and a copy of the Court's order was sent to Plaintiff's address of record. Plaintiff, however, did neither. The Court then sua sponte extended the deadline to July 1 and again advised Plaintiff that failure to comply could result in dismissal of the case. *See* Min. Order of June 16, 2025. A copy of that order was sent to Plaintiff's address of record as well. However, the docket reflects no response from Plaintiff to that order either. Indeed, Plaintiff has filed nothing on the docket since May 13, when he informed the Clerk of Court that he paid the required filing fee. ECF No. 4.

For these reasons, pursuant to Local Rule 83.23 and the Court's "inherent power to dismiss a case *sua sponte* for a plaintiff's failure to prosecute or otherwise comply with a court order,"

*Peterson v. Archstone Communities LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011), the Court will dismiss the case without prejudice. A separate order will issue.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: August 1, 2025